IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>WARREN ABRAHAM BROWN,<br><br>    Defendant.<br>                                    / | No. CR 99-40124 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING ADMISSION OF VIOLATION OF SUPERVISED RELEASE CONDITION |

   The Court has reviewed Magistrate Judge Laurel Beeler's Report and Recommendation Regarding Admission of Violation of Supervised Release Condition.  The Court finds the Report correct, well-reasoned and thorough, and adopts the Recommendation in every respect.  Accordingly,

   Defendant's admission of the sole charge contained in the December 7, 2009, Petition for Summons for Offender Under Supervision (Form 12) is accepted by the Court.

Dated: 1/19/10

*[signature: Claudia Wilken]*

CLAUDIA WILKEN
United States District Judge

cc: LB; USPO; Wings